# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  NO. 4:07CR00307-001 SWW | |
| DAX RAMON PHILLIPS | DEFENDANT |

## ORDER

Before the Court is the defendant's pro se motion for early termination of supervised release [doc #39]. A response has been filed by the government and the Court has determined that appointment of counsel for the defendant would be beneficial in resolving this matter.

IT IS THEREFORE ORDERED that the Federal Public Defender should be appointed and **Nicole Lybrand, Assistant Federal Public Defender, hereby, is appointed to represent defendant in all further proceedings** herein replacing Madison P. Aydelott, III.

DATED this 17th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE