IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:07-cr-00307-SWW |
| | * | |
| DAX RAMON PHILLIPS, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The *pro se* motion by defendant Dax Ramon Phillips for early termination of supervised release [doc.#39] is denied without prejudice to the refiling of any proper motion newly appointed counsel for Mr. Phillips deems appropriate.

IT IS SO ORDERED this 21st day of June 2013.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE